UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY CALLIES                                                                                    PLAINTIFF

V.                                              3:16CV00201 JLH/JTR

CRITTENDEN COUNTY DETENTION CENTER                             DEFENDANTS

# ORDER

On September 21, 2016, Plaintiff filed an unsigned Application to Proceed *In Forma Pauperis* that explained the funds he had in his jail account. *Doc. 5.* Five days later, Plaintiff was released from custody. *Doc. 7.*

Plaintiff's Application to Proceed *In Forma Pauperis* is denied because he did not sign it, and the provided information about his jail funds is now obsolete. *See* Fed. R. Civ. P. 11 (providing that a *pro se* litigant must sign all pleadings). Additionally, in light of his recent release, it is unclear whether Plaintiff is still interested in pursuing this § 1983 action.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Application to Proceed *In Forma Pauperis (Doc. 5)* is DENIED.

-1-

2. The Clerk is directed to mail Plaintiff a freeworld Application to Proceed *In Forma Pauperis.*

3. Plaintiff must file, **on or before November 16, 2016**: (a) a Statement indicating his desire to continue with this lawsuit; and (b) a signed and fully completed freeworld Application to Proceed *In Forma Pauperis*.

4. If Plaintiff does not timely and properly do so, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 17th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE