UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY CALLIES                                                                                      PLAINTIFF

V.                                            3:16CV00201 JLH/JTR

CRITTENDEN COUNTY DETENTION CENTER, et al.                          DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Callies may proceed with his inadequate medical care claim against Myleo, Coleman, and Nurse Mandy (last name unknown) in their individual capacities only.

2. The Clerk is directed to prepare a summons for Myleo, Coleman, and "Nurse Mandy (last name unknown)." The U.S. Marshal is directed to serve the summons, substituted complaint, and this Order on them without prepayment of fees and costs for security therefor. If any of the defendants are no longer county employees, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

3. Callies's official claim against Myleo, Coleman, and Nurse Mandy (last name unknown) is dismissed without prejudice.

4. Callies's claim against the CCDC is dismissed with prejudice.

5. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 23rd day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE