UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY CALLIES                                                                           PLAINTIFF

V.                              3:16CV00201 JLH/JTR

MILOW, Sergeant,
Crittenden County Detention Center, et al.                          DEFENDANTS

## ORDER

For good cause shown, Plaintiff's Motion for an Extension of Time *(Doc. 40)* is GRANTED, and he must file his Response to Defendants' Motion for Summary Judgment *(Doc. 36)* **on or before October 30, 2017.**

Dated this 28th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE