# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GARY CALLIES                                                 PLAINTIFF

v.                      NO. 3:16CV00201 JLH-JTR

SGT. MILOW, Crittenden County Detention
Center; RONNIE COLEMAN, Jail Administrator,
Crittenden County Detention Center; and
MANDY CHILDRESS, Nurse, Crittenden
County Detention Center                                 DEFENDANTS

## **ORDER**

Gary Callies' motion for an extension of time within which to file his objections to the magistrate judge's proposed findings and recommended disposition is GRANTED. Document #46. Callies must file his objections on or before July 10, 2018.

IT IS SO ORDERED this 27th day of June, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE