UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY CALLIES                                                                                      PLAINTIFF

v.                                    No.   3:16-CV-00201-JLH-JTR

SGT. MILOW;
RONNIE COLEMAN;
and MANDY CHILDRESS                                                                   DEFENDANTS

## ORDER

The recommended disposition submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections were filed. After careful consideration, the recommended disposition is adopted in its entirety. Document #45.

Accordingly, the motion for summary judgment filed by defendants Sgt. Milow, Ronnie Coleman, and Mandy Childress is granted, and Gary Callies's claims against all defendants are dismissed with prejudice.

IT IS SO ORDERED THIS 12th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE