UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY CALLIES                                                                             PLAINTIFF

v.                      No.    3:16-CV-00201-JLH-JTR

SGT. MILOW;
RONNIE COLEMAN;
and MANDY CHILDRESS                                   DEFENDANTS

## **JUDGMENT**

Consistent with the order entered on this day, this case is dismissed with prejudice.

DATED this 12th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE